W. DANIEL BOONE, Bar No. 046553
ANTONIO RUIZ, Bar No. 155659
ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendants
IATSE LOCAL 16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE LAUGHON | ) No.   C05-00765 WDB |
| Plaintiff, | ) |
| v. | ) STIPULATION |
| IATSE LOCAL 16 and DOES 1-10, | ) |
| Defendant. | ) |

WHEREAS, the parties to this litigation have submitted for final and binding arbitration award claims that a "Confidential Settlement Agreement and General Release of All Claims" have been violated; and

WHEREAS, the parties are awaiting a final and binding decision from Arbitrator Thomas Angelo;

///
///
///
///
///
///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION
USDC Case No. C05-00765 WDB

1    It is hereby stipulated between the parties, through authorized counsel, that Defendants are
2    granted an extension of time to file responsive pleadings to a date thirty (30) days after receipt of
3    Arbitrator Thomas Angelo's decision and award.

4    Dated: July 6, 2005                     WEINBERG, ROGER & ROSENFELD
                                             A Professional Corporation

6                                            By: /s/ W. Daniel Boone
                                             W. DANIEL BOONE
7                                            Attorneys for Defendants

9    Dated: July 8, 2005                     SIEGEL & YEE

                                             By: /s/ Dan Siegel
11                                           DAN SIEGEL
                                             Attorney for Plaintiff

13   IT IS SO ORDERED.

15   Dated: July 25, 2005

                                             By: /s/ Wayne D. Brazil
17                                           UNITED STATES DISTRICT COURT JUDGE
                                             Magistrate
18   110232/388395

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

STIPULATION
USDC Case No. C05-00765 WDB