W. DANIEL BOONE, Bar No. 046553
ANTONIO RUIZ, Bar No. 155659
ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendants
IATSE LOCAL 16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE LAUGHON<br><br>Plaintiff,<br><br>v.<br><br>IATSE LOCAL 16 and DOES 1-10,<br><br>Defendant. | No.  C05-00765 WDB<br><br>STIPULATION |

WHEREAS, the parties to this litigation have submitted for final and binding arbitration award claims that a "Confidential Settlement Agreement and General Release of All Claims" have been violated; and

WHEREAS, the parties received Arbitrator Thomas Angelo's Decision and Award dated September 1, 2005; and

WHEREAS, the parties are in continuing discussions including the possibility of a voluntary dismissal of this matter;

///

///

///

///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION
USDC Case No. C05-00765 WDB

It is hereby stipulated between the parties, through authorized counsel, that Defendants are granted an extension of time to file responsive pleadings to ~~October~~ November 1, 2005. DS

Dated: September 28, 2005

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: *W. Daniel Boone*
W. DANIEL BOONE
Attorneys for Defendants

Dated: September 28, 2005

SIEGEL & YEE

By: *Dan Siegel*
DAN SIEGEL
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: 9-30-05

By: *Wayne D. Brazil*
Judge Wayne D. Brazil
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

110232/397825