UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charlotte Laughon,<br><br>          Plaintiff,<br><br>  v.<br><br>IATSE Local 16,<br><br>          Defendant(s).<br>_____/ | No. C 05-0765 WDB<br><br>ORDER FOLLOWING REVIEW OF PLAINTIFF'S SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT |

    The Court has reviewed plaintiff's Supplemental Case Management Conference Statement, e-filed November 10, 2005, and hereby ORDERS as follows:

    1.    The Initial Case Management Conference, previously scheduled to occur November 14, 2005, is hereby VACATED.

    2.    **By December 5, 2005**, plaintiff's counsel must either (i) e-file correspondence to the Court, signed by plaintiff, that states that she has agreed to counsel's withdrawal from the case; or (ii) file a motion seeking the Court's permission to withdraw from the case.

    3.    **By December 12, 2005**, defendant's counsel must file a motion asserting its position that plaintiff's case is barred as a result of an agreement between plaintiff and defendant that requires the submission of this case to binding arbitration.

    IT IS SO ORDERED.

Dated: November 14, 2005

                                                            _____<br>
                                                            WAYNE D. BRAZIL<br>
                                                             United States Magistrate Judge

Copies to:
    Parties, WDB.