UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charlotte Laughon,<br><br>          Plaintiff,<br><br>   v.<br><br>IATSE Local 16,<br><br>          Defendant(s).<br>_____/ | No. C 05-0765 WDB<br><br>ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW<br>**AND**<br>SETTING DEADLINE FOR PARTIES TO ADDRESS ISSUE OF MAGISTRATE JUDGE JURISDICTION |

**1.     Plaintiff's Counsel's Motion to Withdraw**

On December 22, 2005, plaintiff's counsel filed a motion to withdraw as counsel for plaintiff in this case. The Court will conduct a hearing on plaintiff's counsel's motion to withdraw on **February 1, 2006, at 3:30 p.m.** in Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, CA.

If plaintiff wishes to oppose her attorney's motion to withdraw, her opposition brief must be filed with the Court **by January 18, 2006.** If plaintiff's brief contains communications that she believes are otherwise protected by the attorney/client privilege, she may submit the brief (with the purportedly privileged material <u>clearly</u> identified) to the undersigned's chambers for lodging (rather than filing). The undersigned will then decide whether it is necessary to file the entire brief or portions of the brief under seal. **Regardless of whether the brief or any portion thereof is ultimately filed under seal, plaintiff is**

1

required to serve a <u>**full**</u> **copy of the brief on her counsel, Mr. Siegel, on the same day she lodges the brief with the Court.**[1]

If defendant wishes to oppose plaintiff's counsel's motion, its opposition brief must also be filed **by January 18, 2006**. Plaintiff's counsel's reply is due **January 25, 2006.**

## II.   Deadline for Parties to Address Issue of Magistrate Judge Jurisdiction

Plaintiff's lawsuit was assigned, by the Court's random assignment system, to the undersigned **magistrate** judge. A **magistrate** judge does not have the power to make potentially dispositive decisions about the case without the consent of both parties (in other words, a magistrate judge lacks the power to rule on certain types of important motions or to preside at trial unless both sides agree, in writing, and in advance, to permit the magistrate judge to exercise those powers of the District Court.)

The parties have not yet addressed whether they will consent to the assignment of this case to a magistrate judge. **By February 3, 2006**, the parties **must** consider the enclosed "Consent to Assignment or Request for Reassignment," make an election, and file the consent or request.

**<u>The Court notes that it will conduct the hearing scheduled above on plaintiff's counsel's motion to withdraw regardless of the parties' decisions regarding magistrate judge jurisdiction.</u>**

IT IS SO ORDERED.

Dated: January 4, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Plaintiff's counsel and defendant's counsel through ECF system, plaintiff, WDB

---

[1] At this juncture, the Court does not require plaintiff to serve a copy of her brief on defense counsel. If and when the Court determines that all or a portion of the brief should NOT be filed under seal, it will order plaintiff to serve the unsealed portion of the brief (if any) on defense counsel.

2