UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE LAUGHON,<br><br>            Plaintiff,<br><br>    v.<br><br>IATSE LOCAL 16,<br><br>            Defendant.<br>_____/ | No. C 05-0765 WDB<br><br>CONSENT TO ASSIGNMENT OR<br>REQUEST FOR REASSIGNMENT |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

　　　　In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____        _____
　　　　　　　　　　　　　　　　　　　　　　　Signature
　　　　　　　　　　　　　　　　　　Counsel for [PLAINTIFF] [DEFENDANTS]

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

　　　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____        _____
　　　　　　　　　　　　　　　　　　　　　　　Signature
　　　　　　　　　　　　　　　　　　Counsel for [PLAINTIFF] [DEFENDANTS]