UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charlotte Laughon,<br><br>           Plaintiff,<br><br>  v.<br><br>IATSE Local 16,<br><br>           Defendant(s).<br>_____/ | No. C 05-0765 WDB<br><br>ORDER RE: PLAINTIFF'S "DECLARATION AND OPPOSITION TO REASONS FOR PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW" |

      The Court has filed plaintiff's "Declaration and Opposition to Reasons for Plaintiff's Counsel's Motion to Withdraw", and the accompanying exhibits, under seal. Plaintiff is not required to serve her 'declaration and opposition' or the accompanying exhibits on defense counsel.

      IT IS SO ORDERED.

Dated: January 25, 2006

                                                             /s/ Wayne D. Brazil<br>
                                                    WAYNE D. BRAZIL<br>
                                                    United States Magistrate Judge

Copies to:
Parties, WDB,
Charlotte Laughon.

1