**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10
11   Charlotte Laughon,                        No. C 05-0765 WDB
12                    Plaintiff,               ORDER FOLLOWING HEARING ON
                                               PLAINTIFF'S COUNSEL'S MOTION
                                               FOR LEAVE TO WITHDRAW AS
13        v.                                   COUNSEL
                                               AND
14   IATSE Local 16,                           ORDER OF RECUSAL
15
                     Defendant(s).
16   _____/
17        On February 1, 2006, the undersigned Magistrate Judge conducted a hearing on
18   plaintiff's counsel's motion for leave to withdraw as counsel.  Plaintiff's counsel Dan Siegel
19   and plaintiff Charlotte Laughon attended the entirety of the motion hearing.  William Sokol,
20   Esq. (counsel for defendant) also made an appearance, however, at my direction Mr. Sokol
21   left the courtroom during the portion of the proceedings during which I discussed matters
22   protected by the attorney-client privilege with plaintiff and her attorney.
23        **Plaintiff's Counsel's Motion to Withdraw**
24        After carefully considering the papers submitted by the parties and all of the argument
25   presented at the hearing, I have come to the conclusion that plaintiff and her attorney
26   disagree on matters fundamental to the further litigation of her case.  I also believe that the
27   relationship between Ms. Laughon and Mr. Siegel has deteriorated to the point that he can
28

1

1   no longer effectively represent her interests in this lawsuit.  Accordingly, I hereby GRANT

2   plaintiff's counsel's motion for leave to withdraw as counsel.  Ms. Laughon will represent

3   herself *in pro per* unless and until she retains a new attorney.

4   **Recusal**

5   In connection with her opposition to plaintiff's counsel's motion to withdraw, plaintiff

6   submitted to the Court a substantial number of documents that are protected by the attorney-

7   client privilege. Some of these documents reference and discuss the merits of plaintiff's case.

8   Given my exposure to attorney-client communications regarding (in part) the merits of

9   plaintiff's case, I do not believe it is appropriate for me to continue as the judge assigned to

10   this matter.  Accordingly, I hereby RECUSE myself from this case, and request that the

11   Clerk's Office immediately reassign this matter to another judge.

12   As discussed at the hearing, if the case is reassigned to another Magistrate Judge,

13   plaintiff and defendant may either elect to consent to the jurisdiction of that judge or request

14   reassignment to a District Judge.

15   **Record of These Proceedings**

16   1. Transcript

17   The transcript of the hearing conducted on plaintiff's counsel's motion to withdraw

18   will not be placed in the public docket.  Plaintiff Charlotte Laughon and plaintiff's former

19   counsel, Dan Siegel, ARE permitted to obtain a copy of the transcript from the attending

20   court reporter.  The court reporter may not release a copy of this transcript to any other

21   person or entity (whether or not a party in this case) without a prior order signed by the court.

22   In addition, any person (including Ms. Laughon or Mr. Siegel) who obtains a copy of the

23   transcript must keep its contents confidential unless and until they obtain a court order

24   allowing them to reveal some or all of its contents.

25

26

27

28

1

2.   Plaintiff's Declaration and Opposition to Reasons for Plaintiff's Counsel's Motion to Withdraw

2

3

On January 18, 2006, plaintiff's "Declaration and Opposition to Reasons for Plaintiff's

4

Counsel's Motion to Withdraw" was filed under seal.   This document shall remain under

5

seal.

6

3.   Documents Submitted As Exhibits to Plaintiff's Opposition and Declaration

7

8

On January 18, 2006, the documents submitted as exhibits to plaintiff's opposition and

9

declaration also were filed under seal.   Upon further consideration, and given the sensitive

10

nature of these documents, I hereby WITHDRAW these documents from the docket in this

11

case.   These documents will instead be lodged in my chambers, where they will remain until

12

this case is resolved.

13

IT IS SO ORDERED.

Dated: February 6, 2006

14

_____
WAYNE D. BRAZIL
United States Magistrate Judge

15

16

17

Copies to:
Parties, WDB, Dan Siegel, Esq.

18

19

20

21

22

23

24

25

26

27

28