UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charlotte Laughon, | No. C 05-0765 WDB |
| Plaintiff, | AMENDED ORDER FOLLOWING HEARING ON PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |
| v. | |
| IATSE Local 16, | AND |
| Defendant(s). | ORDER OF RECUSAL |
| _____/ | |

On February 1, 2006, the undersigned Magistrate Judge conducted a hearing on plaintiff's counsel's motion for leave to withdraw as counsel. Plaintiff's counsel Dan Siegel and plaintiff Charlotte Laughon attended the entirety of the motion hearing. William Sokol, Esq. (counsel for defendant) also made an appearance, however, at my direction Mr. Sokol left the courtroom during the portion of the proceedings during which I discussed matters protected by the attorney-client privilege with plaintiff and her attorney.

**Plaintiff's Counsel's Motion to Withdraw**

After carefully considering the papers submitted by the parties and all of the argument presented at the hearing, I have come to the conclusion that plaintiff and her attorney disagree on matters fundamental to the further litigation of her case. I also believe that the relationship between Ms. Laughon and Mr. Siegel has deteriorated to the point that he can

1

1  no longer effectively represent her interests in this lawsuit. Accordingly, I hereby GRANT
2  plaintiff's counsel's motion for leave to withdraw as counsel. Ms. Laughon will represent
3  herself *in pro per* unless and until she retains a new attorney.

**Recusal**

5  In connection with her opposition to plaintiff's counsel's motion to withdraw, plaintiff
6  submitted to the Court a substantial number of documents that are protected by the attorney-
7  client privilege. Some of these documents reference and discuss the merits of plaintiff's case.
8  Given my exposure to attorney-client communications regarding (in part) the merits of
9  plaintiff's case, I do not believe it is appropriate for me to continue as the judge assigned to
10 this matter. Accordingly, I hereby RECUSE myself from this case, and request that the
11 Clerk's Office immediately reassign this matter to another judge.

12 As discussed at the hearing, if the case is reassigned to another Magistrate Judge,
13 plaintiff and defendant may either elect to consent to the jurisdiction of that judge or request
14 reassignment to a District Judge.

**Record of These Proceedings**

16  1. Transcript

17 The transcript of the hearing conducted on plaintiff's counsel's motion to withdraw
18 will not be placed in the public docket. Plaintiff Charlotte Laughon and plaintiff's former
19 counsel, Dan Siegel, ARE permitted to obtain a copy of the transcript from the attending
20 court reporter. The court reporter may not release a copy of this transcript to any other
21 person or entity (whether or not a party in this case) without a prior order signed by the court.
22 In addition, any person (including Ms. Laughon or Mr. Siegel) who obtains a copy of the
23 transcript must keep its contents confidential unless and until they obtain a court order
24 allowing them to reveal some or all of its contents.

2

2. Plaintiff's Declaration and Opposition to Reasons for Plaintiff's Counsel's Motion to Withdraw

On January 18, 2006, plaintiff's "Declaration and Opposition to Reasons for Plaintiff's Counsel's Motion to Withdraw" was filed under seal. This document shall remain under seal.

3. Documents Submitted As Exhibits to Plaintiff's Opposition and Declaration

On January 18, 2006, the documents submitted as exhibits to plaintiff's opposition and declaration also were filed under seal. Upon further consideration, and given the sensitive nature of these documents, I hereby WITHDRAW these documents from the docket in this case. These documents will instead be lodged in my chambers, where they will remain until this case is resolved.

IT IS SO ORDERED.

Dated: February 6, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, Dan Siegel, Esq.,
Raynee Mercado (Court Reporter)