IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE LAUGHON, | No. C 05-00765 SBA |
|     Plaintiff. | **ORDER OF REFERRAL** |
|   v. | |
| IATSE LOCAL 16, | |
|     Defendant. | |

IT IS HEREBY ORDERED THAT the above-captioned case is REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge Susan Illston for consideration of whether the case is related to *Laughon v. IATSE, et al.*, C 98-1277 SI.

IT IS FURTHER ORDERED THAT the April 4, 2006 hearing on Plaintiff's Motion to Stay and the April 6, 2006 Case Management Conference are VACATED. In the event that Judge Illston determines that the cases are not related, the Court will place the Motion to Stay and the Case Management Conference back on calendar.

IT IS SO ORDERED.

Dated: 3/30/06

SAUNDRA BROWN ARMSTRONG
United States District Judge